U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 5:06CR50163-01 |
| VERSUS | JUDGE WALTER |
| EUGENE BULLARD | MAGISTRATE JUDGE HORNSBY |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

　**X**　The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

　___　The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Shreveport_, Louisiana, this _31_ Day of _Oct_, 2008.

_____
Donald E. Walter
UNITED STATES DISTRICT JUDGE